In the Matter of the Application of TERIJON WEITLING for an Order Directing the Delivery to Him of His Papers and Property by JULIAN A. GREGORY and W. RANDOLPH MONTGOMERY, Attorneys, etc., Practicing under the Firm Name of

GREGORY, STEWART & MONTGOMERY. In the Matter of TERIJON WEITLING against JOHN S. SORENSON, as Surviving Partner, etc.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See 242 App. Div. 823.]